Verification of Creditor Mailing List (Rev. 4/01)　　　　　　　　　　　　　　　　　　　　　　　2001 USBC

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name: **IVEY, DOUGLAS K**

Address: **3330 PARADISE DR, BELVEDERE TIBURON, CA 94920**

Telephone: _____

☐ Attorney for Debtor(s)

☑ Debtor in Pro Per

**FILED**
**SEP 10 2013**
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

---

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 6 years | Case No. *13-32024-HLB* |
|---|---|
| IVEY, DOUGLAS K | Chapter 13 |

Social Security No. _____ Debtor
Social Security No. _____ Joint Debtor
Debtor(s) EIN No. _____

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **1** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **09/06/2013**

_[signature]_
Debtor

Attorney (if applicable)　　　　　　　　Joint Debtor

Electronic form - 2001
WWW.LawCA.com
Law Publishers

DOUGLAS K IVEY
3330 PARADISE DR.
TIBURON, CA 94920

UNITED STSTES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
99 SOUTH "E" STREET
SANTA ROSA. CA 95404

ALLIED INTERNATIONAL CREDIT CORP
6800 PARAGON PLACE, SUITE 400
RICHMOND, VA 23230

PNC BANK, NATIONAL ASSOCIATION
2730 LIBERTY AVENUE
PITTSBURG, PA 15222

CALIFORNIA RECONVEYANCE CO
9200 OAKDALE AVE
CHATSWORTH, CA 91311

ARS NATIONAL SERVICES INC
PO BOX 463023
ESCONDIDO, CA 92046

ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN, MI 48090

TRUE NORTH AR
100 WOODHOLLOW DR.
NOVATO, CA 94945

CHASE BANK
3415 VISION DR
COLOMBUS, OH 43224

WASHINGTON MUTUAL
1301 2ND AVE
SEATTLE, WA 98101

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT 84201

CAPITAL MANAGEMENT SERVICES
698 ½ SOUTH OGDEN STREET
BUFFALO, NY 14206

OCWEN LOAN SERVICING LLC
PO BOX 780
WATERLOO IA 50704

NATIONWIDE CREDIT INC
1100 VIRGINA AVE, SUITE 175
FORT WASHINGTON, PA 19034

HUNT AND HENRIQUES
151 BERNAL ROAD, SUITE 8
SAN JIOSE, CA 95119

DISCOVER
PO BOX 3025
NEW ALBANY, OH 43054

JEFFERSON CAPITAL SYSTEMS LLC
16 MCLELAND ROAD
ST. CLOUD, MN 56303

FIRST NATIONAL COLLECTION SERVICES LLC
610 WALTHAM WAY
SPARKS, NEVADA 89434

GLOBAL CREDIT AND COLLECTIONS CORP
2699 LEE RD, SUITE 330
WINTER PARK. FLORIDA 32787

COLLECTION BUREAU OF AMERICA
24954 EDEN LANDING ROAD
HAYWARD, CA 94545

NORTHLAND GROUP INC
PO BOX 390846
MINNEAPOLIS, MN 55439

LAW OFFICE OF JOE PEZZUTO, LLC
4013 E BROADWAY, SUITE A2
PHOENIX, AZ 85040

CHASE BANK
7301 BAYMEADOWS WAY
JACKSONVILLE, FLORIDA 32256

DORRIS RIBBLE TRUST
BEND, OR