DOUGLAS K. IVEY
3330 PARADISE DR
BELVEDERE TIBURON, CA 94920

IN PRO SE



FILED
SEP 20 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUTPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

DOUGLAS K. IVEY

DEBTOR

Case No.: 3:13-BK-32024

CHAPTER 13

REQUEST FOR EXTENSION OF TIME TO FILE CHAPTER 13 PLAN, SCHEDULES, STATEMENTS, AND DECLARATIONS

I AM REQUESTING FOR AN EXTENSION OF TIME OF AT LEAST 30 MORE DAYS UNTIL OCTOBER 18TH, 2013 TO FILE MY CHAPTER 13 PLAN AND THE REMAINING SCHEDULES IN ORDER TO GATHER ALL OF THE CREDITOR INFORMATION TO INCLUDE IN MY BANKRUPTCY FILING. I HAVE SUFFERED EXTREME ILLNESS OVER THE LAST TWO WEEKS WHICH HAVE HINDERED MY ABILITY TO FULLY GATHER ALL OF MY INFORMATION FOR MY CASE.

DATE: 09/20/2013

_____
DOUGLAS K. IVEY, DEBTOR IN PRO SE